Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination  Hand-Delivered

FILED
CHARLOTTE, NC

DEC 29 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

TARRON WEIR  )
_____  )
*Plaintiff(s)*  )
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*  )
-v-  )
  )
  )
AXA EQUITABLE LIFE INSURANCE  )
_____  )
*Defendant(s)*  )
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*  )

Case No. 3:23-CV-909-KDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: TARRON WEIR
   Street Address: 3439 12 OAKS PLACE
   City and County: Charlotte (MECK)
   State and Zip Code: NORTH CAROLINA, 28270
   Telephone Number: 201-270-8340
   E-mail Address: TARRON.WEIR@GMAIL.COM

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: AXA EQUITABLE LIFE INSURANCE CO
  Job or Title (if known):
  Street Address: 525 WASHINGTON BLVD 28 FLR
  City and County: JERSEY CITY, NJ 07310 HUDSON
  State and Zip Code: NEW JERSEY 07310
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: EQUITABLE
  Job or Title (if known):
  Street Address: 1290 AVE OF THE AMERICA 15TH FLOOR
  City and County: NEW YORK,
  State and Zip Code: NY 10104
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: EQUITABLE LIFE INSURANCE
Street Address: 8501 IBM DR
City and County: CHARLOTTE, MECKLENBURG
State and Zip Code: NORTH CAROLINA 28262
Telephone Number: 704-540-3000

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [x] Other acts *(specify)*: WRONGFUL TERMINATION

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
JANUARY 4TH - FEBRUARY 5 2023

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*
_____

E. The facts of my case are as follows. Attach additional pages if needed.

I WAS WRONGFULLY TERMINATED
TERMINATED ON FEB 24, 2023 FOR GROSS NEGLIGENCE.
PLEASE ATTACHED

FACTS OF CASE   PLEASE SEE ATTACHED

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

MAY 2, 2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* OCT 7, 2023

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

REQUESTING SEVERANCE OF 12 MONTHS ANNUAL SALARY. AFTER MY TERMINATION *(not)* EQUITABLE HAD A RIF REDUCTION IN FORCE IN WHICH 2 OF MY PEERS WERE TERMINATED WITH A SEVERANCE PACKAGE. MY TERMINATION WAS BASED ON BUDGET NOT GROSS NEGLIGENCE

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/29/23

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: TARRON WEIR

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Charlotte District Office**
129 West Trade Street, Suite 400
Charlotte, NC 28202
(980) 296-1250
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/21/2023

To: Mr. Tarron C. Weir
3439 12 Oaks Place
CHARLOTTE, NC 28270

Charge No: 430-2023-02200

EEOC Representative and email:   KYLE PFLAGER
Investigator
kyle.pflager@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 430-2023-02200.

On behalf of the Commission.

for

Elizabeth A. Rader
District Director



Cc:
Katherine Rivera
AXA Advisors (AXA Equitable Life Insurance Co)
525 Washington Blvd 28th Floor, Cub #28.36B
Jersey City, NJ 07310

Jill Rafaloff
Equitable
1290 Avenue of the Americas 15th Floor
New York, NY 10104

Please retain this notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request

identifying your request as a "FOIA Request" for Charge Number 430-2023-02200 to the District Director at Elizabeth A. Rader, 129 West Trade Street Suite 400 Charlotte, NC 28202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 430-2023-02200 to the District Director at Elizabeth A. Rader, 129 West Trade Street Suite 400 Charlotte, NC 28202.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to
https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to
https://www.eeoc.gov/foia/section83-disclosure-information-charge-files.

Case Facts

On February 24th, I was wrongfully terminated from AXA Equitable Life Insurance Co.

On February 5th, I was placed on paid suspension without warning or notice for the improper off boarding of a consultant. The disablement of his account should have been executed on December 31, 2022, by Dan Raymonda who the consultant reported to.

I was on vacation at this time and had no access to email or to the Equitable system. On January 4th, Dan Raymonda sent me a internal IM chat, not an email, not a phone call inquiring about the consultant's account. Asking if we should keep his account. He stated nothing about the account not being disabled. I pointed out to the HR department, EEOC, and to the Equitable Legal representative that disabling an account and deleting account was two separate tasks. (AXA Equitable has a terribly flawed off boarded process which was not under my direct authority)

Dan was asking about the account deletion, not the disablement in the system. Base on that IM chat in Teams I was terminated for gross negligence.

Previously, I made it clear to the Project Team that the consultant would not be extended and there last day was December 31, 2022. Dan Raymonda the Director of Architecture, and Antoine Laroche the Program Manager were the sole parties responsible for ensuring that the consultant was off boarded properly. This task was not executed properly.

During the month of January, there were several incidents which demonstrated my supervisor lack of intent to find the truth and target me for this incident. It was clear to me that much of this was financially and racially motivated. She canceled meetings in which there would have been an opportunity to clarify what happened in the process. There were several other incidents that were far more egregious that never met with termination or penalties. Those infractions were noted to Human Resources.

In addition, I spoke to Dan on a few occasions as this incident which was apparently being investigated without my knowledge. Dan specially called me in early January about this issue with great concern about what was going on. He did say that if they wanted to blame someone it should be him. He also asked, if I was going to meet with Mary Ng, our supervisor.

Mary Ng went on to cancel a meeting we had scheduled. At no time did Mary ever ask me about the issue. I am suing AXA Equitable for improper procedures and discrimination against me. Other employees Non-Black were not reprimanded to the extent that I was. This termination was based on the financial downturn that the organization was going through.

On my final annual review for 2022, Mary Ng mentioned how it was going to a very tough year financially. She mentioned that Antoine Laroche was making a lot of money who is black. There was a RIF Reduction in Force mid 2023 which resulted in 2 of Mary Ng's directed reported being

laid off with severance both Non-Black. The decision was again solely based on financial reasons, and not gross negligence. I am asking for financial relief as this has caused me great stress, hardship, and the possible loss of my home.