# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tarron Weir**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00909-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Equitable | ) | |
| AXA Equitable Life Insurance | ) | |
| Company**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 9, 2024 Order.

October 9, 2024

_Katherine H. Simon_

Katherine Hord Simon, Clerk
United States District Court